# Exhibit 3

**EXHIBIT 3**
**Page 88 of 161**

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| ARI FRIEDMAN    SBN: 256463<br>WEITZ & LUXENBERG, P.C.<br>1880 CENTURY PARK EAST, SUITE 700  LOS ANGELES, CA 90067 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>APR 25 2014<br>Sherri R. Carter, Executive Officer/Clerk<br>By_____ Deputy<br>Raul Sanchez |
| TELEPHONE NO.: (310) 247-0921   FAX NO.(Optional): (310) 786-9927 | |
| E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*: **Plaintiff:** | |
| **Los Angeles County Superior Court - Stanley Mosk**<br>STREET ADDRESS: 111 N. Hill St.<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: Central | |
| PLAINTIFF/PETITIONER: Roy Smyer | CASE NUMBER:<br>BC537755 |
| DEFENDANT/RESPONDENT: Actavis, et al | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>9999999 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
    a. [X] summons
    b. [X] complaint
    c. [ ] Alternative Dispute Resolution (ADR) package
    d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
    e. [ ] cross-complaint
    f. [X] other *(specify documents)*:
    Civil Case Cover sheet; Civil Case Cover Sheet addendum; Notice of Case Assignment
3. a. Party served *(specify name of party as shown on documents served)*:
   **WATSON LABORATORIES, INC., INDIVIDUALLY AND AS SUBSIDIARY TO ACTAVIS, INC.**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **C T CORPORATION SYSTEM - REGISTERED AGENT BY LEAVING WITH JAN LAPINID, PERSON AUTHORIZED TO ACCEPT**

4. Address where the party was served: C T CORPORATION SYSTEM
   818 WEST SEVENTH ST
   Los Angeles, CA 90017

5. I served the party *(check proper box)*
   a. [X] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **4/23/2014**  (2) at *(time)*: **3:57 PM**
   b. [ ] by substituted service. On *(date)*:  at *(time)*:  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:  from *(city)*:     or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PETITIONER: Roy Smyer | CASE NUMBER: |
| --- | --- |
| RESPONDENT: Actavis, et al | BC537755 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*      (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☒ On behalf of *(specify):* **WATSON LABORATORIES, INC., INDIVIDUALLY AND AS SUBSIDIARY TO ACTAVIS, INC.**
    under the following Code of Civil Procedure section:

    ☒ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
       ☐ other:

7. **Person who served papers**
  a. Name: **Paul Nagle - Janney & Janney Attorney Service, Inc.**
  b. Address: **1545 Wilshire Blvd., Suite 311  Los Angeles, CA 90017**
  c. Telephone number: **(213) 628-6338**
  d. **The fee** for service was: **$ 107.00**
  e. **I am:**

    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
      (i) ☐ owner    ☒ **employee**    ☐ **independent contractor.**
      (ii) Registration No.: **2013228801**
      (iii) County: **Los Angeles**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **April 24, 2014**

Janney & Janney Attorney Service, Inc.
1545 Wilshire Blvd., Suite 311
Los Angeles, CA 90017
(213) 628-6338

**Paul Nagle**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      (SIGNATURE)

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| ARI FRIEDMAN , SBN: 256463<br>WEITZ & LUXENBERG, P.C.<br>1880 CENTURY PARK EAST, SUITE 700  LOS ANGELES, CA 90067 | **ORIGINAL**<br>**FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES<br>**APR 28 2014**<br>John A. Clarke, Executive Officer/Clerk<br>BY _____, Deputy<br>Christetta Robinson |
| TELEPHONE NO.: (310) 247-0921    FAX NO.*(Optional)*: (310) 786-9927 | |
| E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*: **Plaintiff:** | |
| Los Angeles County Superior Court - Stanley Mosk | |
| STREET ADDRESS: 111 N. Hill St. | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: Los Angeles, CA 90012 | |
| BRANCH NAME: Central | |
| PLAINTIFF/PETITIONER: Roy Smyer | |
| DEFENDANT/RESPONDENT: Actavis, et al | BC537755 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: 9999999 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*:
      Civil Case Cover Sheet; Civil Case Cover Sheet Addendum & Statement of Location; Notice of Case Assignment
3. a. Party served *(specify name of party as shown on documents served)*:
   **MCKESSON CORPORATION**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **CSC - LAWYERS INCORPORATING SERVICE - REGISTERED AGENT BY LEAVING WITH BECKY DEGEORGE, PERSON AUTHORIZED TO ACCEPT**

4. Address where the party was served: CSC - LAWYERS INCORPORATING SERVICE
   2710 GATEWAY OAKS DR STE 150N
   SACRAMENTO, CA 95833

5. I served the party *(check proper box)*
   a. [X] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **4/24/2014**   (2) at *(time)*: **3:20 PM**
   b. [ ] by substituted service. On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or
      in the presence of *(name and title or relationship to person indicated in item 3b)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
         *(date)*:   from *(city)*:         or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10<br>POS010 |

EXHIBIT 063146
Page 91 of 161

| PETITIONER: Roy Smyer | CASE NUMBER: |
| --- | --- |
| RESPONDENT: Actavis, et al | BC537755 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                          (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*: **MCKESSON CORPORATION**
      under the following Code of Civil Procedure section:

      ☒ 416.10 (corporation)                    ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                  ☐ 415.46 (occupant)
                                                ☐ other:

7. **Person who served papers**
   a. Name: **Steven C. Janney - Janney & Janney Attorney Service, Inc.**
   b. Address: **1545 Wilshire Blvd., Suite 311 Los Angeles, CA 90017**
   c. Telephone number: **(213) 628-6338**
   d. **The fee** for service was: **$ 125.00**
   e. I am:

      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i) ☐ owner      ☒ **employee**      ☐ **independent contractor.**
         (ii) Registration No.: **644**
         (iii) County: **Los Angeles**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **April 24, 2014**

**Janney & Janney Attorney Service, Inc.**
**1545 Wilshire Blvd., Suite 311**
**Los Angeles, CA 90017**
**(213) 628-6338**

__**Steven C. Janney**__                                           _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)              (SIGNATURE)

POS-010 [Rev January 1, 2007]                **PROOF OF SERVICE OF SUMMONS**                Page 2 of 2
                                                                                            POS-010/LAW0063146

**EXHIBIT 3**
**Page 92 of 161**

**ORIGINAL**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> ARI FRIEDMAN   SBN: 258463 <br> WEITZ & LUXENBERG, P.C. <br> 1880 CENTURY PARK EAST, SUITE 700   LOS ANGELES, CA 90067 <br> TELEPHONE NO.: (310) 247-0921   FAX NO. *(Optional)*: (310) 786-9927 <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: **Plaintiff** | FOR COURT USE ONLY <br> **FILED** <br> SUPERIOR COURT OF CALIFORNIA <br> COUNTY OF LOS ANGELES <br> APR 30 2014 <br> John A. Clarke, Executive Officer/Clerk <br> BY _____ Deputy <br> Glenenn Robinson |

**Los Angeles County Superior Court - Stanley Mosk**
STREET ADDRESS: 111 N. Hill St.
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central

| PLAINTIFF/PETITIONER: Roy Smyer | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Actavis, et al | BC537755 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: 9999999 |

*(Separate proof of service is required for each party served.)*

**BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*:
   Civil Case Cover sheet; Civil Case Cover Sheet addendum; Notice of Case Assignment

3. a. Party served *(specify name of party as shown on documents served)*:
   **ANDA, INC., INDIVIDUALLY AND AS SUBSIDIARY TO ACTAVIS, INC.**

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **CT CORPORATION SYSTEM - REGISTERED AGENT BY LEAVING WITH DONNA MOCH, PERSON AUTHORIZED TO ACCEPT**

4. Address where the party was served: CT CORPORATION SYSTEM
   1200 SOUTH PINE ISLAND ROAD
   PLANTATION, FL 33324

5. I served the party *(check proper box)*
   a. ☒ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 4/24/2014 (2) at *(time)*: 10:40 AM
   b. ☐ by substituted service. On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10
POS010-1/LAW0063138

EXHIBIT 3
Page 93 of 161

| PETITIONER: Roy Smyer | CASE NUMBER: |
| --- | --- |
| RESPONDENT: Actavis, et al | BC537755 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                                        (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*: **ANDA, INC., INDIVIDUALLY AND AS SUBSIDIARY TO ACTAVIS, INC.**
      under the following Code of Civil Procedure section:

   ☒ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                     ☐ other:

7. **Person who served papers**
   a. Name: **Fred Hummphries - Janney and Janney Attorney Service, Inc.**
   b. Address: **1545 Wilshire Blvd., Ste. 311 Los Angeles, CA 90017**
   c. Telephone number: **(213) 628-6338**
   d. **The fee** for service was: **$ 268.00**
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ registered California process server:
         (i) ☐ owner       ☐ employee       ☐ Independent contractor.
         (ii) Registration No.: **B.C. 824**
         (iii) County:

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **April 25, 2014**

**Janney and Janney Attorney Service, Inc.**
**1545 Wilshire Blvd., Ste. 311**
**Los Angeles, CA 90017**
**(213) 628-6338**

___**Fred Hummphries**___                                      _____(SIGNATURE)_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

POS-010 [Rev January 1, 2007]        **PROOF OF SERVICE OF SUMMONS**        Page 2 of 2
                                                                            POS-010/LAW0063138

**EXHIBIT 3**
**Page 94 of 161**

**ORIGINAL**

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> ARI FRIEDMAN  SBN: 256463 <br> WEITZ & LUXENBERG, P.C. <br> 1880 CENTURY PARK EAST, SUITE 700   LOS ANGELES, CA 90067 <br> TELEPHONE NO.: (310) 247-0921   FAX NO.(Optional): (310) 786-9927 <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: Plaintiff: | FOR COURT USE ONLY <br> **FILED** <br> Superior Court of California <br> County of Los Angeles <br> APR 3 0 2014 <br> Sherri R. Carter, Executive Officer/Clerk <br> By_Figueroa_ Deputy <br> Anabella Figueroa |
|---|---|
| Los Angeles County Superior Court - Stanley Mosk <br> STREET ADDRESS: 111 N. Hill St. <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: Los Angeles, CA 90012 <br> BRANCH NAME: Central | |
| PLAINTIFF/PETITIONER: Roy Smyer <br> DEFENDANT/RESPONDENT: Actavis, et al | CASE NUMBER: <br> BC537755  91 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: 9999999 |

*(Separate proof of service is required for each party served.)*

**BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*:
      Civil Case Cover sheet; Civil Case Cover Sheet addendum; Notice of Case Assignment
3. a. Party served *(specify name of party as shown on documents served)*:
   **ACTAVIS INC. fka WATSON PHARMACEUTICALS, INC.**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **United Corporate Services Inc. - Registered agent by leaving with Bardin Levavy, Esq., person authorized to accept**

4. Address where the party was served: United Corporate Services Inc.
   80 Main Street 5th Floor
   West Orange, NJ 07052

5. I served the party *(check proper box)*
   a. [X] by personal service. I personally delivered the documents listed in Item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 4/25/2014   (2) at *(time)*: 3:40 PM

   b. [ ] by substituted service. On *(date)*:  at *(time)*:  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

      (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

      (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:  from *(city)*:    or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/LAW0063120

**EXHIBIT 3**
**Page 95 of 161**

| PETITIONER: Roy Smyer | CASE NUMBER: |
| --- | --- |
| RESPONDENT: Actavis, et al | BC537755 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                          (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify):* **ACTAVIS INC.**
      under the following Code of Civil Procedure section:

   | | |
   | --- | --- |
   | ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
   | ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
   | ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
   | ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
   | ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
   | | ☐ other: |

7. **Person who served papers**
   a. Name: **Donald Martin - Janney & Janney Attorney Services, Inc**
   b. Address: **1545 Wlilshire Blvd., Suite 311 Los Angeles, CA 90017**
   c. Telephone number: **(213) 628-6338**
   d. The fee for service was: **$ 268.00**
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ registered California process server:
         (i) ☐ owner   ☐ employee   ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **April 30, 2014**

Janney & Janney Attorney Services, Inc
1545 Wlilshire Blvd., Suite 311
Los Angeles, CA 90017
(213) 628-6338

**Donald Martin**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      (SIGNATURE)