# Exhibit 4

**EXHIBIT 4**
**Page 97 of 161**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> ARI FRIEDMAN   SBN: 256463 <br> WEITZ & LUXENBERG, P.C. <br> 1880 CENTURY PARK EAST, SUITE 700   LOS ANGELES, CA 90067 <br> TELEPHONE NO.: (310) 247-0921   FAX NO. *(Optional)*: (310) 786-9927 <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: **Plaintiff:** | FOR COURT USE ONLY <br><br> **FILED** <br> Superior Court of California <br> County of Los Angeles <br><br> **MAY 05 2014** <br><br> Sherri R. Carter, Executive Officer/Clerk <br> By_____ Deputy <br> Raul Sanchez |
|---|---|
| **Los Angeles County Superior Court - Stanley Mosk** <br> STREET ADDRESS: 111 N. Hill St. <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: Los Angeles, CA 90012 <br> BRANCH NAME: Central | |
| PLAINTIFF/PETITIONER: Roy Smyer <br> DEFENDANT/RESPONDENT: Actavis, et al | CASE NUMBER: <br> BC537755   D-9 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> 9999999 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*:
      **First Amended Summons; First Amended Complaint**
3. a. Party served *(specify name of party as shown on documents served)*:
   **WATSON LABORATORIES, INC., INDIVIDUALLY AND AS SUBSIDIARY TO ACTAVIS, INC.**

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **CT Corporation System, Registered Agent by leaving with Jan Lapinid - Authorized to Accept Service**

4. Address where the party was served: **CT Corporation System**
   **818 West Seventh St**
   **Los Angeles, CA 90017**

5. I served the party *(check proper box)*
   a. ☒ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **4/30/2014**   (2) at *(time)*: **2:50 PM**
   b. ☐ by substituted service. On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:   from *(city)*:   **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | |
|---|---|
| PETITIONER: Roy Smyer | CASE NUMBER: |
| RESPONDENT: Actavis, et al | BC537755 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:                  (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*: **WATSON LABORATORIES, INC., INDIVIDUALLY AND AS SUBSIDIARY TO ACTAVIS, INC.**
   under the following Code of Civil Procedure section:

   ☒ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)     ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)     ☐ 415.46 (occupant)
                                             ☐ other:

7. **Person who served papers**
   a. Name: **De'Andre Johnson - Janney & Janney Attorney Service, Inc.**
   b. Address: **1545 Wilshire Blvd., Suite 311 Los Angeles, CA 90017**
   c. Telephone number: **(213) 628-6338**
   d. The fee for service was: **$ 102.00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i) ☐ owner      ☒ employee      ☐ **independent contractor.**
         (ii) Registration No.: **140/6700**
         (iii) County: **Los Angeles**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **May 01, 2014**

**Janney & Janney Attorney Service, Inc.**
**1545 Wilshire Blvd., Suite 311**
**Los Angeles, CA 90017**
**(213) 628-6338**

        **De'Andre Johnson**                        */s/ De'Andre Johnson*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)       (SIGNATURE)

ORIGINAL

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| ARI FRIEDMAN  SBN: 256463  WEITZ & LUXENBERG, P.C.  1880 CENTURY PARK EAST, SUITE 700  LOS ANGELES, CA 90067  TELEPHONE NO.: (310) 247-0921  FAX NO.*(Optional)*: (310) 786-9927  E-MAIL ADDRESS *(Optional)*:  ATTORNEY FOR *(Name)*: Plaintiff: | **FILED**  SUPERIOR COURT OF CALIFORNIA  COUNTY OF LOS ANGELES  **MAY 14 2014**  John A. Clarke, Executive Officer/Clerk  BY _____, Deputy  Christina Robinson |

| Los Angeles County Superior Court - Stanley Mosk | |
|---|---|
| STREET ADDRESS: 111 N. Hill St. | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: Los Angeles, CA 90012 | |
| BRANCH NAME: Central | |

| PLAINTIFF/PETITIONER: Roy Smyer | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Actavis, et al | BC537755 |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: 9999999 |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*:
      **First Amended Summons; First Amended Complaint**
3. a. Party served *(specify name of party as shown on documents served)*:
      **McKesson Corporation**

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      **CSC Lawyers Incorporating Service - Registered agent by leaving with Becky DeGeorge, person authorized to accept**

4. Address where the party was served: CSC Lawyers Incorporating Service
   2710 Gateway Oaks dr, # 150 N
   Sacramento, CA 95833

5. I served the party *(check proper box)*
   a. ☒ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 4/30/2014 (2) at *(time)*: 2:19 PM
   b. ☐ by substituted service. On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use  
Judicial Council of California  
POS-010 (Rev. January 1, 2007)

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10  
POS010-1/LA W0063492

EXHIBIT 4  
Page 100 of 161

| PETITIONER: Roy Smyer | CASE NUMBER: |
| --- | --- |
| RESPONDENT: Actavis, et al | BC537755 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*              (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify):* **McKesson Corporation**
       under the following Code of Civil Procedure section:

   ☒ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                     ☐ other:

7. **Person who served papers**
   a. Name: **Jason Marshall - Janney & Janney Attorney Services**
   b. Address: **1545 Wilshire Blvd., Suite 311 Los Angeles, CA 90017**
   c. Telephone number: **(213) 628-6338**
   d. The fee for service was: **$ 135.50**
   e. I am:

   (1) ☐ not a registered California process server.
   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
   (3) ☒ registered California process server:
       (i) ☐ owner    ☐ employee    ☒ **independent contractor.**
       (ii) Registration No.: **1998-61**
       (iii) County: **Sacramento**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **May 01, 2014**

**Janney & Janney Attorney Services**
**1545 Wilshire Blvd., Suite 311**
**Los Angeles, CA 90017**
**(213) 628-6338**

__Jason Marshall__                                    _(signature)_
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      (SIGNATURE)

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| ARI FRIEDMAN  SBN: 256463<br>WEITZ & LUXENBERG, P.C.<br>1880 CENTURY PARK EAST, SUITE 700  LOS ANGELES, CA 90067<br>TELEPHONE NO.: (310) 247-0921  FAX NO. (Optional): (310) 786-9927<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff: | **FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>MAY 0 2 2014<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By_____ Deputy<br>Shaunya Bolden |

Los Angeles County Superior Court - Stanley Mosk
STREET ADDRESS: 111 N. Hill St.
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central

PLAINTIFF/PETITIONER: Roy Smyer
DEFENDANT/RESPONDENT: Actavis, et al

CASE NUMBER: BC537755 DEPT-9

PROOF OF SERVICE OF SUMMONS

Ref. No. or File No.: 9999999

*(Separate proof of service is required for each party served.)*

**BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [ ] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet (served in complex cases only)
   e. [ ] cross-complaint
   f. [X] other (specify documents):
   Plaintiff's First Amended Complaint for Damages and Demand for Jury Trial

3. a. Party served (specify name of party as shown on documents served):
   **Actavis, Inc., f/k/a Watson Pharmaceuticals, Inc.**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in Item 3a):
   **United Corporate Services Inc. - Registered agent by leaving with Bardin Levavy, Esq., person authorized to accept**

4. Address where the party was served: United Corporate Services Inc.
   80 Main Street 5th Floor
   West Orange, NJ 07052

5. I served the party (check proper box)
   a. [X] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 5/1/2014  (2) at (time): 1:33 PM

   b. [ ] by substituted service. On (date): at (time): I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3b):

   (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on (date): from (city): or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10
POS010-1/LAW0063489

EXHIBIT 4
Page 102 of 161

| PETITIONER: Roy Smyer | CASE NUMBER: |
| --- | --- |
| RESPONDENT: Actavis, et al | BC537755 |

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on *(date):*                                         (2) from *(city):*

      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify):* **Actavis, Inc., f/k/a Watson Pharmaceuticals, Inc.**
      under the following Code of Civil Procedure section:

      ☒ 416.10 (corporation)                           ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)                  ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                                 ☐ 415.46 (occupant)
                                                                                                     ☐ other:

7. **Person who served papers**
   a. Name: **Donald Martin - Janney & Janney Attorney Services, Inc**
   b. Address: **1545 Wilshire Blvd., Suite 311 Los Angeles, CA 90017**
   c. Telephone number: **(213) 628-6338**
   d. The fee for service was: $ **250.00**
   e. I am:

      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ registered California process server:
          (i) ☐ owner    ☐ employee    ☐ independent contractor.
          (ii) Registration No.:
          (iii) County:

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **May 01, 2014**

Janney & Janney Attorney Services, Inc
1545 Wilshire Blvd., Suite 311
Los Angeles, CA 90017
(213) 628-6338

**Donald Martin**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                      (SIGNATURE)

ORIGINAL

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>ARI FRIEDMAN  SBN: 256463<br>WEITZ & LUXENBERG, P.C.<br>1880 CENTURY PARK EAST, SUITE 700  LOS ANGELES, CA 90067<br>TELEPHONE NO.: (310) 247-0921  FAX NO. *(Optional)*: (310) 786-9927<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff: | *FOR COURT USE ONLY*<br>**FILED**<br>Superior Court of California<br>County of Los Angeles<br>MAY 02 2014<br>Sherri R. Carter, Executive Officer/Clerk<br>By_____ Deputy<br>Shaunya Bolden |
|---|---|
| Los Angeles County Superior Court - Stanley Mosk<br>STREET ADDRESS: 111 N. Hill St.<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: Central | |
| PLAINTIFF/PETITIONER: Roy Smyer<br>DEFENDANT/RESPONDENT: Actavis, et al | CASE NUMBER:<br>BC537755 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>9999999 |

*(Separate proof of service is required for each party served.)*  **BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [ ] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*:
   Plaintiff's First Amended Complaint for Damages and Demand for Jury Trial
3. a. Party served *(specify name of party as shown on documents served)*:
   **Anda, Inc., individually and as Subsidiary to Actavis, Inc.**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **CT CORPORATION SYSTEM - REGISTERED AGENT BY LEAVING WITH DONNA MOCH, PERSON AUTHORIZED TO ACCEPT**

4. Address where the party was served:  CT CORPORATION SYSTEM
   1200 South Pine Island Road
   Plantation, FL 33324

5. I served the party *(check proper box)*
   a. [X] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 5/1/2014  (2) at *(time)*: 11:05 AM

   b. [ ] by substituted service. On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]  PROOF OF SERVICE OF SUMMONS  Code of Civil Procedure, § 417.10
POS010-1/LAW0063487

EXHIBIT 4
Page 104 of 161

| PETITIONER: Roy Smyer | CASE NUMBER: |
|---|---|
| RESPONDENT: Actavis, et al | BC537755 |

c. ☐ by mail and acknowledgment of receipt of service. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:                                  (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ by other means *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

    a. ☐ as an individual defendant.
    b. ☐ as the person sued under the fictitious name of *(specify)*:
    c. ☐ as occupant.
    d. ☒ On behalf of *(specify)*: **Anda, Inc., individually and as Subsidiary to Actavis, Inc.**
    under the following Code of Civil Procedure section:

        ☒ 416.10 (corporation)                                 ☐ 415.95 (business organization, form unknown)
        ☐ 416.20 (defunct corporation)                       ☐ 416.60 (minor)
        ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
        ☐ 416.40 (association or partnership)          ☐ 416.90 (authorized person)
        ☐ 416.50 (public entity)                            ☐ 415.46 (occupant)
                                                                         ☐ other:

7. **Person who served papers**
    a. Name: **FRED HUMPHRIES - Janney and Janney Attorney Service, Inc.**
    b. Address: **1545 Wilshire Blvd., Ste. 311 Los Angeles, CA 90017**
    c. Telephone number: **(213) 628-6338**
    d. The fee for service was: **$ 250.00**
    e. I am:

        (1) ☒ not a registered California process server.
        (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
        (3) ☐ registered California process server:
            (i) ☐ owner    ☐ employee    ☐ independent contractor.
            (ii) Registration No.: **B.C. 824**
            (iii) County:

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **May 01, 2014**

Janney and Janney Attorney Service, Inc.
1545 Wilshire Blvd., Ste. 311
Los Angeles, CA 90017
(213) 628-6338

**FRED HUMPHRIES**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)            (SIGNATURE)

ORIGINAL

| | |
|---|---|
| **POS-010** | |
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>ARI FRIEDMAN  SBN: 256463<br>WEITZ & LUXENBERG, P.C.<br>1880 CENTURY PARK EAST, SUITE 700  LOS ANGELES, CA 90067<br>TELEPHONE NO.: (310) 247-0921   FAX NO.(Optional): (310) 786-9927<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff: | FOR COURT USE ONLY<br>**FILED**<br>Superior Court of California<br>County of Los Angeles<br>MAY 02 2014<br>Sherri R. Carter, Executive Officer/Clerk<br>By_____ Deputy<br>Shaunya Bolden |
| Los Angeles County Superior Court - Stanley Mosk<br>STREET ADDRESS: 111 N. Hill St.<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: Central | |
| PLAINTIFF/PETITIONER: Roy Smyer<br>DEFENDANT/RESPONDENT: Actavis, et al | CASE NUMBER:<br>BC537755<br>D&/-9/ |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>9999999 |

*(Separate proof of service is required for each party served.)*

**BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*:
   Plaintiffs' First Amended Complaint for Damages and Demand for Jury Trial;Civil Case Cover sheet; Civil Case Cover Sheet addendum; Notice of Case Assignment
3. a. Party served *(specify name of party as shown on documents served)*:
   **ACTAVIS, PLC**

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **United Corporate Services Inc. - Registered agent by leaving with Bardin Levavy, Esq., person authorized to accept**

4. Address where the party was served: United Corporate Services Inc.
   80 Main Street 5th Floor
   West Orange, NJ 07052

5. I served the party *(check proper box)*
   a. ☒ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 5/1/2014  (2) at *(time)*: 1:33 PM
   b. ☐ by substituted service. On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
   
   (1) ☐ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   
   (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   
   (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date)*:   from *(city)*:   or ☐ a declaration of mailing is attached.
   
   (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/LAW0063121

EXHIBIT 4
Page 106 of 161

| PETITIONER: Roy Smyer | CASE NUMBER: |
|---|---|
| RESPONDENT: Actavis, et al | BC537755 |

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

       (1) on *(date)*:                                (2) from *(city)*:

       (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

       (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*: **ACTAVIS, PLC**
      under the following Code of Civil Procedure section:

          ☒ 416.10 (corporation)                          ☐ 415.95 (business organization, form unknown)
          ☐ 416.20 (defunct corporation)                     ☐ 416.60 (minor)
          ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
          ☐ 416.40 (association or partnership)         ☐ 416.90 (authorized person)
          ☐ 416.50 (public entity)                            ☐ 415.46 (occupant)
                                                                               ☐ other:

7. Person who served papers
   a. Name: **Donald Martin - Janney & Janney Attorney Services, Inc**
   b. Address: **1545 Wilshire Blvd., Suite 311 Los Angeles, CA 90017**
   c. Telephone number: **(213) 628-6338**
   d. The fee for service was: $ 50.00
   e. I am:

      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ registered California process server:
          (i) ☐ owner     ☐ employee     ☐ independent contractor.
          (ii) Registration No.:
          (iii) County:

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **May 01, 2014**

Janney & Janney Attorney Services, Inc
1545 Wilshire Blvd., Suite 311
Los Angeles, CA 90017
(213) 628-6338

       **Donald Martin**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                   (SIGNATURE)