1  KEVIN W. ALEXANDER  (SBN:  175204)
   kalexander@gordonrees.com
2  ALLISON L. JONES  (SBN:  162676)
   ajones@gordonrees.com
3  GORDON & REES LLP
   633 West Fifth Street, 52nd Floor
4  Los Angeles, CA  90071
   Telephone:  (213) 576-5000
5  Facsimile:  (213) 680-4470

6  Attorneys for Defendants ACTAVIS, INC.,
   WATSON LABORATORIES, INC., a Nevada corporation, and
7  ANDA, INC.

8

9              UNITED STATES DISTRICT COURT

10     CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

11  ROY H. SMYER and SABRINA M.      )  CASE NO. 2:14-cv-07461
    SMYER,                          )
12                                   )  **CORPORATE DISCLOSURE**
                                     )  **STATEMENT OF ACTAVIS,**
13                    Plaintiffs,    )  **INC.**
                                     )
14        vs.                        )  Complaint Filed February 26, 2014
                                     )
15  ACTAVIS, PLC; ACTAVIS, INC.      )  (Complaint Filed Superior Court,
    f/k/a WATSON                     )  State of California, County of Los
16  PHARMACEUTICALS, INC.;           )  Angeles, Case No. BC537755)
    WATSON LABORATORIES, INC.        )
17  individually and as subsidiary to )
    ACTAVIS, INC.; ANDA, INC.        )
18  individually and as subsidiary to )
    ACTAVIS INC.; McKESSON           )
19  CORPORATION; and DOES 1          )
    through 50,                      )
20                                   )
                     Defendants.     )
21

22        Pursuant to Federal Rule of Civil Procedure 7.1 (a), Defendant Actavis, Inc.,

23  ("Defendant") makes this Corporate Disclosure Statement.  Defendant states that it

24  is a nongovernmental corporation.

25        Defendant is a wholly owned, indirect subsidiary of Actavis plc.  Actavis plc

26  is publicly traded.

27  / / /

28  / / /

*(left margin, vertical text)* Gordon & Rees LLP  633 West Fifth Street, 52nd Floor  Los Angeles, CA  90071

1        No other publicly traded company owns ten percent (10%) or more of the

2   stock of Defendant.

3   Dated: September 24, 2014        GORDON & REES LLP

4

5                        By:  /s/ Allison L. Jones
                            Kevin W. Alexander

6                            Allison L. Jones
                            Attorneys for Defendants

7                            ACTAVIS, INC., WATSON
                            LABORATORIES, INC., a

8                            Nevada corporation,  and ANDA,
                            INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Gordon & Rees LLP**
**633 West Fifth Street, 52nd Floor**
**Los Angeles, CA  90071**

1096595/20766037v.1

-2-