

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

THOMAS G. BRUTON

OFFICE OF THE CLERK

CLERK

Telephone: (312) 435-5698

October 9, 2014

All Counsel of Record

Roy H Smyer, et al v. Actavis Pharmaceuticals, Inc., et al

USDC Northern Illinois Case **No. 14 CV 7763**
**MDL 2545**

Dear Counselor:

We hereby acknowledge receipt of the record, which was electronically transferred to our court from the USDC, Central District of California (2:14cv07461). The case number assigned to the above case is **14 CV 7763,** the assigned judge to the case is Honorable Kennelly.

The purpose of this letter is to inform you that MDL Panel has ordered that the above-referenced case be transferred to the Northern District of Illinois, and the records received from this transfer indicate that you are an attorney of record. All future documents filed in this matter should reference the case number and judge assigned in the Northern District of Illinois.

For further information, please visit our website address at: www.ilnd.uscourts.gov for the United States District Court, Northern District of Illinois, Eastern Division to review the General Order regarding electronic filings, e-filing training , user manual and policies and procedures for registration as an efiler in this Court.

Sincerely yours,

Thomas G. Bruton, Clerk

/s/ Lakisha C. Williams
Deputy Clerk